**97–2342. Wightman v. Consol. Rail Corp.**
Erie App. No. E–97–001. On motion for admission *pro hac vice* of David E. Neumeister. Motion granted.

**97–2419. State ex rel. Ohio Academy of Trial Lawyers v. Sheward.**
In Mandamus and Prohibition. On motion to expedite oral argument and decision on motion to dismiss. Motion denied.
LUNDBERG STRATTON, J., dissents.

**97–2517. In re Fryerson.**
Belmont App. No. 97–BA–38. On motion to strike. Motion denied.

**98–28. AT & T Communications of Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–336–TP–CSS. On motion to consolidate with 98–30, *infra.* Motion granted.
RESNICK, J., not participating.

**98–30. MCI Telecommunications Corp. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–336–TP–CSS. On motion to consolidate with 98–28, *supra.* Motion granted.
RESNICK, J., not participating.

**98–84. Rice v. CertainTeed Corp.**
Certified Question of State Law, No. 397CV7484. On motion to strike brief *amicus curiae.* Motion denied.

**98–513. State v. Grover.**
Cuyahoga App. No. 72250. On request for findings of fact and conclusions of law. Request denied.

**98–519. State ex rel. Commt. for Charter Amendment Petition v. Avon.**
In Mandamus. On bill and documentation in support of request for attorney fees. Attorney fees granted in the amount of $22,618.75 plus costs.

**98–675. State ex rel. Haylett v. Ohio Bur. of Workers' Comp.**
In Mandamus and Prohibition. On motions to dismiss. Motions to dismiss denied. *Sua sponte,* alternative writ granted.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would grant the motions to dismiss.

**98–748. Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.**
Cuyahoga App. Nos. 70804 and 70936. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' order rendered on April 9, 1998, at page 3:
"Whether, in order to permit an immediate appeal from an otherwise non-final appealable order under Art. IV, Section 3(B)(2) of the Ohio Constitution, R.C. 2505.02 and Civ.R. 54(B), a party may voluntarily dismiss without prejudice, under Civ.R. 41(A)(1)(a), less than the entire 'action.' "
The conflict cases are *Lee v. Gross Lumber Co.* (1989), 57 Ohio App.3d 52, 566 N.E.2d 696; *Slocum v. Gioffre Constr., Inc.* (Nov. 17, 1994), Franklin App. No. 94APE04–588, unreported, 1994 WL 649940; and *Reagan v. Ranger Transp., Inc.* (1995), 104 Ohio App.3d 15, 660 N.E.2d 1234.
DOUGLAS and F.E. SWEENEY, JJ., dissent.
On motion for admission *pro hac vice* of P. Christian Hague. Motion granted.

**98–886. State v. Condron.**
Montgomery App. No. 16430. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–986. State v. Smotherman.**
Franklin App. No. 97APA05–680. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.